**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
OCT 0 5 2026
DANIEL J. McCOY, CLERK
BY: mdh

| | |
|---|---|
| Maye Kante<br>Petitioner,<br>v.<br>Warden of Allen Parish Public Safety Complex<br>Respondents. | No. 2:26-cv-3947 SEC P |

## MOTION FOR THE APPOINTMENT OF COUNSEL

I, Maye Kante, Petitioner in the above action, respectfully request the appointment of counsel. In support of this motion, I declare the following:

Motion denied. At this time, there is no showing that the interests of justice require that counsel be appointed. Oct. 26, 2026

1. I an

2. I an ... is corpus under 28 U.S.C. § ... on sets forth my eligibility

3. I ca

4. It would be difficult for me to proceed without a lawyer. English is not my first language. I have not graduated from a university. I am not familiar with the U.S. legal system. Immigration detention is a complex area of law.

It is difficult for me to learn the law because I have limited access to information while detained. It is hard for me to prepare legal filings in detention. It is hard for me to contact family or friends outside my detention center to ask them to help me. I hereby declare under penalty of perjury that the foregoing is true and correct.

Date: 9/30/26

Respectfully submitted,

*Respondent*